United States District Court
Southern District of Texas
**ENTERED**
March 20, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GIRDIE R. WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-04823 |
| | § | |
| ALLIANCE CREDIT ASSOCIATES, LLC, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on March 11, 2019 (Doc # 9), claims against Defendants Alliance Credit Associates, LLC and PortView Billing Services, Inc., are hereby DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 03/20/2019.

_____
The Honorable Alfred H. Bennett
United States District Judge